STATE STREET BANK AND TRUST COMPANY *v.*
JEROME T. DUNBAR

The defendant's petition for certification for appeal
from the Appellate Court (AC 26236) is denied.

*Jerome T. Dunbar*, pro se, in support of the petition.

Decided September 12, 2005

KATHY KESSLER, ADMINISTRATRIX (ESTATE OF
MIKHAILA KESSLER) *v.* RESTORATION
ASSOCIATES, INC., ET AL.

The petition by the apportionment defendants
Michael Kessler and Twyla Kessler for certification for
appeal from the Appellate Court (AC 26335) is denied.

*Thomas W. Witherington*, in support of the petition.

*Julia B. Morris* and *Sandi Beth Girolamo*, in oppo-
sition.

Decided September 12, 2005

STATE STREET BANK AND TRUST COMPANY *v.*
JEROME T. DUNBAR

The defendant's petition for certification for appeal
from the Appellate Court (AC 26362) is denied.

*Jerome T. Dunbar*, pro se, in support of the petition.

Decided September 12, 2005